## United States Bankruptcy Court
### Western District of Pennsylvania

In re  Mathew E Zupancic                                    Case No.  19-24551
                    Debtor(s)                               Chapter   13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **Mathew E Zupancic**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Date  December 24, 2019            Signature  /s/ Mathew E Zupancic
                                              Mathew E Zupancic
                                              Debtor

8:00 PM Wed Dec 4                                                  .... 🠒 91% ⬛
Done        MELE LANDSCAPE  Matthew E Zupancic 11_07_2019 4_01_24 PM.pdf    

Non-negotiable

11/07/2019    $ ************

Matthew E Zupancic
4038 Ireno Street
West Mifflin PA 15122

| Rec#: 1535 | Emp#: 675 Matthew E Zupancic | | | | | Quarter: 4 | State: PA | |
|---|---|---|---|---|---|---|---|---|
| Check:24821 | Date: 11/07/2019 | | | | Period: 10/27/2019 to 11/02/2019 | | | |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | Piece | 0.00 |
| Hours: | 39.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 981.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | Salary | 0.00 |
| Totals: | 39.50 | 981.58 | 942.08 | 559.72 | 1,363.94 | 8,908.75 | | |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 119.27 | 986.36 | PA State Unemploymen | Ded | 1.15 | 9.54 |
| Medicare | Ded | 27.89 | 230.68 | Rankin-LST | Ded | 1.00 | 8.00 |
| Federal Income Tax | Ded | 332.11 | 2,790.72 | TCD72-EIT | Ded | 19.24 | 159.09 |
| Pa State Income Tax | Ded | 59.08 | 488.40 | PW Benefit - Cash | Add | 942.08 | 7,000.00 |

| Rec#: 1535 | Emp#: 675 Matthew E Zupancic | | | | | Quarter: 4 | State: PA | |
|---|---|---|---|---|---|---|---|---|
| Check:24821 | Date: 11/07/2019 | | | | Period: 10/27/2019 to 11/02/2019 | | | |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | Piece | 0.00 |
| Hours: | 39.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 981.58 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| | Hours | Gross Pay | Add-Ons | Deductions | Net Pay | YTD Wages | Salary | 0.00 |
| Totals: | 39.50 | 981.58 | 942.08 | 559.72 | 1,363.94 | 8,908.75 | | |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 119.27 | 986.36 | PA State Unemploymen | Ded | 1.15 | 9.54 |
| Medicare | Ded | 27.89 | 230.68 | Rankin-LST | Ded | 1.00 | 8.00 |
| Federal Income Tax | Ded | 332.11 | 2,790.72 | TCD72-EIT | Ded | 19.24 | 159.09 |
| Pa State Income Tax | Ded | 59.08 | 488.40 | PW Benefit - Cash | Add | 942.08 | 7,000.00 |

Non-negotiable

10/31/2019        $  ************

Matthew E Zupancic
4038 Irene Street
West Mifflin PA 15122

| Rec#: 1500 | | Emp#: 675 Matthew E Zupancic | | | | | Quarter: 4 | State: PA |
|---|---|---|---|---|---|---|---|---|
| Check: 24787 | | Date: 10/31/2019 | | | | Period: 10/20/2019 to 10/26/2019 | | |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | Piece | 0.00 |
| Hours: | 40.00 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 994.00 | 242.29 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| Totals: | Hours 46.50 | Gross Pay 1,236.29 | Add-Ons 1,109.03 | Deductions 710.59 | | Net Pay 1,634.73 | YTD Wages 7,927.17 | Salary 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 145.41 | 867.09 | PA State Unemploymen | Ded | 1.41 | 8.39 |
| Medicare | Ded | 34.01 | 202.79 | Rankin-LST | Ded | 1.00 | 7.00 |
| Federal Income Tax | Ded | 433.31 | 2,458.61 | TCD72-EIT | Ded | 23.45 | 139.85 |
| Pa State Income Tax | Ded | 72.00 | 429.34 | PW Benefit - Cash | Add | 1,109.03 | 6,057.92 |

| Rec#: 1500 | | Emp#: 675 Matthew E Zupancic | | | | | Quarter: 4 | State: PA |
|---|---|---|---|---|---|---|---|---|
| Check: 24787 | | Date: 10/31/2019 | | | | Period: 10/20/2019 to 10/26/2019 | | |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | Piece | 0.00 |
| Hours: | 40.00 | 6.50 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 994.00 | 242.29 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| Totals: | Hours 46.50 | Gross Pay 1,236.29 | Add-Ons 1,109.03 | Deductions 710.59 | | Net Pay 1,634.73 | YTD Wages 7,927.17 | Salary 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 145.41 | 867.09 | PA State Unemploymen | Ded | 1.41 | 8.39 |
| Medicare | Ded | 34.01 | 202.79 | Rankin-LST | Ded | 1.00 | 7.00 |
| Federal Income Tax | Ded | 433.31 | 2,458.61 | TCD72-EIT | Ded | 23.45 | 139.85 |
| Pa State Income Tax | Ded | 72.00 | 429.34 | PW Benefit - Cash | Add | 1,109.03 | 6,057.92 |

8:01 PM Wed Dec 4

Done        MELE LANDSCAPE  Matthew E Zupancic 10_24_2019 5_19_29 PM.pdf

1 of 1        Non-negotiable

10/24/2019    $ ***********

Matthew E Zupancic
4038 Irene Street
West Mifflin PA 15122

| Rec#: 1458 | | Emp#: 675 Matthew E Zupancic | | | | | Quarter: 4 | State: PA |
|---|---|---|---|---|---|---|---|---|
| Check: 24747 | | Date: 10/24/2019 | | | | Period: 10/13/2019 to 10/19/2019 | | |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | Piece | 0.00 |
| Hours: | 40.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 994.00 | 37.28 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| Totals: | Hours 41.00 | Gross Pay 1,031.28 | Add-Ons 202.73 | Deductions 322.12 | Net Pay 911.89 | YTD Wages 6,690.88 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 76.51 | 721.68 | PA State Unemploymen | Ded | 0.74 | 6.98 |
| Medicare | Ded | 17.89 | 168.78 | Rankin-LST | Ded | 1.00 | 6.00 |
| Federal Income Tax | Ded | 175.76 | 2,025.30 | TCD72-EIT | Ded | 12.34 | 116.40 |
| Pa State Income Tax | Ded | 37.88 | 357.34 | PW Benefit - Cash | Add | 202.73 | 4,948.89 |

| Rec#: 1458 | | Emp#: 675 Matthew E Zupancic | | | | | Quarter: 4 | State: PA |
|---|---|---|---|---|---|---|---|---|
| Check: 24747 | | Date: 10/24/2019 | | | | Period: 10/13/2019 to 10/19/2019 | | |
| | Regular | Overtime | Premium | Sick | Vacation | Holiday | Piece | 0.00 |
| Hours: | 40.00 | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | Diem | 0.00 |
| Pay: | 994.00 | 37.28 | 0.00 | 0.00 | 0.00 | 0.00 | Misc | 0.00 |
| Totals: | Hours 41.00 | Gross Pay 1,031.28 | Add-Ons 202.73 | Deductions 322.12 | Net Pay 911.89 | YTD Wages 6,690.88 | Salary | 0.00 |

| Calculation | Type | Check | Year | Calculation | Type | Check | Year |
|---|---|---|---|---|---|---|---|
| Social Security | Ded | 76.51 | 721.68 | PA State Unemploymen | Ded | 0.74 | 6.98 |
| Medicare | Ded | 17.89 | 168.78 | Rankin-LST | Ded | 1.00 | 6.00 |
| Federal Income Tax | Ded | 175.76 | 2,025.30 | TCD72-EIT | Ded | 12.34 | 116.40 |
| Pa State Income Tax | Ded | 37.88 | 357.34 | PW Benefit - Cash | Add | 202.73 | 4,948.89 |