| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Mathew E. Zupancic** <br> First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–2800** <br> EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  **13**  **11/23/19** |
| Case number: | **19–24551–GLT** | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case     12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Mathew E. Zupancic | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4038 Irene Street <br> West Mifflin, PA 15122 | |
| 4. | **Debtor's attorney** <br> Name and address | Paul W. McElrath Jr. <br> McElrath Legal Holdings, LLC. <br> 1641 Saw Mill Run Boulevard <br> Pittsburgh, PA 15210 | Contact phone 412–765–3606 <br><br> Email: ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Ronda J. Winnecour <br> Suite 3250, USX Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–471–5566 <br><br> Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> 5414 U.S. Steel Tower <br> 600 Grant Street <br> Pittsburgh, PA 15219 | Hours open: <br> Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m. <br><br> Contact phone 412–644–2700 <br><br> Date: 12/30/19 |

**For more information, see page 2**

Debtor  **Mathew E. Zupancic**                                                                                                                             Case number **19–24551–GLT**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 3, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/3/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/3/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 5/21/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**2/3/20** at **09:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mathew E. Zupancic  
    Debtor

Case No. 19-24551-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: bsil                   Page 1 of 2                  Date Rcvd: Dec 30, 2019
                              Form ID: 309I                Total Noticed: 30
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2020.
```
db             +Mathew E. Zupancic,    4038 Irene Street,    West Mifflin, PA 15122-2044
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Keri P. Ebeck,    Bernstein-Burkley,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1945
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15176474       +Credit Acceptance Corp,    Po Box 5070,    Southfield, MI 48086-5070
15176477       +Indiana University Of PA,    1011 South Drive,    Indiana, PA 15705-1046
15162277       +James Wallace Esq.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15176480       +M & T Bank Mortgage,    Po Box 900,    Millsboro, DE 19966-0900
15162280       +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
                 Pittsburgh, PA 15212-5866
15176487        Verizon Wireless,    National Recovery Operations,    Minneapolis, MN 55426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: ecf@mcelrathlaw.com Dec 31 2019 02:17:17     Paul W. McElrath, Jr.,
                 McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA 15210
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 31 2019 02:17:38     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Dec 31 2019 02:17:44
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +E-mail/Text: kburkley@bernsteinlaw.com Dec 31 2019 02:18:10     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street, Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15162274       +EDI: GMACFS.COM Dec 31 2019 07:08:00      Ally Financial Lease Trust,    PO Box 130424,
                 Saint Paul, MN 55113-0004
15176471       +E-mail/Text: bankruptcy@acbhq.com Dec 31 2019 02:17:30     American Credit Bureau,
                 1200 N Federal Hwy,    Boca Raton, FL 33432-2803
15176472       +E-mail/Text: kzoepfel@credit-control.com Dec 31 2019 02:17:47     Central Loan Admin & R,
                 Po Box 77404,    Ewing, NJ 08628-6404
15176473       +EDI: WFNNB.COM Dec 31 2019 07:08:00      Comenitycb/petland,    Po Box 182120,
                 Columbus, OH 43218-2120
15162275       +EDI: DISCOVER.COM Dec 31 2019 07:08:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH 43054-3025
15176475       +EDI: DISCOVER.COM Dec 31 2019 07:08:00      Discover Fin Svcs Llc,    Pob 15316,
                 Wilmington, DE 19850-5316
15162276       +E-mail/Text: kburkley@bernsteinlaw.com Dec 31 2019 02:18:09     Duquesne Light Company,
                 c/o Keri Ebeck,    Bernstein Law Firm, P.C.,    707 Grant St. Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1900
15162278        EDI: JEFFERSONCAP.COM Dec 31 2019 07:08:00      Jefferson Capital,    PO BOX 7999,
                 Saint Cloud, MN 56302
15162278        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 31 2019 02:17:56     Jefferson Capital,
                 PO BOX 7999,    Saint Cloud, MN 56302
15168773        EDI: JEFFERSONCAP.COM Dec 31 2019 07:08:00      Jefferson Capital Systems LLC,    Po Box 7999,
                 Saint Cloud Mn 56302-9617
15168773        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 31 2019 02:17:56     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn  56302-9617
15162279        E-mail/Text: camanagement@mtb.com Dec 31 2019 02:17:30     M&T BANK,    PO Box 62182,
                 Baltimore, MD 21264
15176482       +E-mail/Text: clientservices@sourcerm.com Dec 31 2019 02:18:04     Source Receivables Mng,
                 Po Box 4068,    Greensboro, NC 27404-4068
15176483       +EDI: NEXTEL.COM Dec 31 2019 07:08:00      Sprint,    Customer Service,    P.O. Box 8077,
                 London, KY 40742-8077
15176484       +E-mail/Text: bankandforeclose@stonegatemtg.com Dec 31 2019 02:18:03     Stonegate Mortage Corp,
                 4849 Greenville Avenue,    Dallas, TX 75206-4130
15176485       +E-mail/Text: mjoyce@triboro-fcu.org Dec 31 2019 02:18:15     Tri Boro Fcu,    600 E 8th Ave,
                 Munhall, PA 15120-1900
15162281       +E-mail/Text: mjoyce@triboro-fcu.org Dec 31 2019 02:18:15     Tri-Boro Federal Credit Union,
                 600 East Eighth Avenue,    Munhall, PA 15120-1900
15176488       +EDI: BLUESTEM Dec 31 2019 07:08:00      Webbank/gettington,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 22
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LAKEVIEW LOAN SERVICING, LLC
15176470*      +Ally Financial Lease Trust,    PO Box 130424,    Saint Paul, MN 55113-0004
15176476*      +Duquesne Light Company,    c/o Keri Ebeck,    Bernstein Law Firm, P.C.,
                 707 Grant St. Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
15176479*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court: Jefferson Capital,    PO BOX 7999,    Saint Cloud, MN 56302)
15176478*      +James Wallace Esq.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
```

```
District/off: 0315-2          User: bsil              Page 2 of 2              Date Rcvd: Dec 30, 2019
                              Form ID: 309I           Total Noticed: 30

              ***** BYPASSED RECIPIENTS (continued) *****
15176481*       +Peoples Gas Bankruptcy Dept.,   375 N Shore Drive Ste 600,    Attn: Dawn Linder,
                  Pittsburgh, PA 15212-5866
15176486*       +Tri-Boro Federal Credit Union,   600 East Eighth Avenue,    Munhall, PA 15120-1900
                                                                                   TOTALS: 1, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Mathew E. Zupancic ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5