**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

|  |  |  |
|---|---|---|
| **Mathew Zupancic** | : | **Case No. 19-24551-GLT** |
| **Debtor** | : | **Chapter 13** |
|  | : |  |
| **Mathew Zupancic** | : | **Related to Doc. No. 30** |
| **S. S. No. xxx-xx-2800** | : |  |
| **Movant** | : |  |
|  | : |  |
| **vs.** | : |  |
|  | : |  |
| **Mele Landscape** | : |  |
| **Respondent** | : |  |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**AND LOCAL FORM 12**

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 6, 2020, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: January 6, 2020            /s/ Sharla Munroe
                                        Sharla Munroe, Paralegal
                                        McElrath Legal Holdings, LLC
                                        1641 Saw Mill Run Blvd.
                                        Pittsburgh, PA 15210
                                        Tel: 412.765.3606
                                        Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Mathew Zupancic
4038 Irene Street
West Mifflin PA 15122

Mele Landscape
ATTENTION:  PAYROLL MANAGER
1 Mele Place
Braddock PA 15104