**Form RSC**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA

**RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−24551−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
    Mathew E. Zupancic
    4038 Irene Street
    West Mifflin, PA 15122

Social Security No.:
    xxx−xx−2800

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210<br>Telephone number:  412−765−3606 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number:  412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>June 8, 2020<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>June 8, 2020<br>02:00 PM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**MEETING RESCHEDULED DUE TO COVID−19. ALL OTHER
DEADLINES FROM PRIOR NOTICE REMAIN THE SAME.**

Dated: 3/25/20

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 19-24551-GLT
Mathew E. Zupancic                                                                              Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 2              Date Rcvd: Mar 25, 2020
                              Form ID: rscCOVID       Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2020.
```
db          +Mathew E. Zupancic,    4038 Irene Street,    West Mifflin, PA 15122-2044
cr          +BOROUGH OF WEST MIFFLIN AND WEST MIFFLIN AREA SCHO,    GRB Law,    437 Grant Street 14th Floor,
              Frick Building,    Pittsburgh, PA  15219,    UNITED STATES OF AMERICA 15219-6101
cr          +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
              Pittsburgh, PA 15233-1828
15195216    +Bor of West Mifflin & West Mifflin School District,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
              437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15176474    +Credit Acceptance Corp,    Po Box 5070,    Southfield, MI 48086-5070
15176477    +Indiana University Of PA,    1011 South Drive,    Indiana, PA 15705-1046
15162277    +James Wallace Esq.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15194091    +Lakeview Loan Servicing, LLC,    PO Box 840,    Buffalo, NY 14240-0840
15176480    +M & T Bank Mortgage,    Po Box 900,    Millsboro, DE 19966-0900
15162280    +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
              Pittsburgh, PA 15212-5866
15176487     Verizon Wireless,    National Recovery Operations,    Minneapolis, MN 55426
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 26 2020 04:53:32      Pennsylvania Dept. of Revenue,
              Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
              Harrisburg, PA  17128-0946
15162274    +E-mail/Text: ally@ebn.phinsolutions.com Mar 26 2020 04:51:34      Ally Financial Lease Trust,
              PO Box 130424,    Saint Paul, MN 55113-0004
15184746     E-mail/Text: ally@ebn.phinsolutions.com Mar 26 2020 04:51:34      Ally Financial Lease Trust,
              PO Box 130424,    Roseville MN 55113-0004
15176471    +E-mail/Text: bankruptcy@acbhq.com Mar 26 2020 04:52:10      American Credit Bureau,
              1200 N Federal Hwy,    Boca Raton, FL 33432-2803
15176472    +E-mail/Text: kzoepfel@credit-control.com Mar 26 2020 04:54:10      Central Loan Admin & R,
              Po Box 77404,    Ewing, NJ 08628-6404
15176473    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 26 2020 04:52:34      Comenitycb/petland,
              Po Box 182120,    Columbus, OH 43218-2120
15162275    +E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38      Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
15176475    +E-mail/Text: mrdiscen@discover.com Mar 26 2020 04:51:38      Discover Fin Svcs Llc,    Pob 15316,
              Wilmington, DE 19850-5316
15162276    +E-mail/Text: kburkley@bernsteinlaw.com Mar 26 2020 04:55:45      Duquesne Light Company,
              c/o Keri Ebeck,    Bernstein Law Firm, P.C.,    707 Grant St. Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1900
15192298    +E-mail/Text: kburkley@bernsteinlaw.com Mar 26 2020 04:55:45      Duquesne Light Company,
              c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
              Pittsburgh, PA 15219-1945
15162278     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 26 2020 04:54:45      Jefferson Capital,
              PO BOX 7999,    Saint Cloud, MN 56302
15168773     E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 26 2020 04:54:45      Jefferson Capital Systems LLC,
              Po Box 7999,    Saint Cloud Mn 56302-9617
15162279     E-mail/Text: camanagement@mtb.com Mar 26 2020 04:52:14      M&T BANK,    PO Box 62182,
              Baltimore, MD 21264
15176482    +E-mail/Text: clientservices@sourcerm.com Mar 26 2020 04:55:16      Source Receivables Mng,
              Po Box 4068,    Greensboro, NC 27404-4068
15176483    +E-mail/Text: appebnmailbox@sprint.com Mar 26 2020 04:53:55      Sprint,    Customer Service,
              P.O. Box 8077,    London, KY 40742-8077
15176484    +E-mail/Text: bankandforeclose@stonegatemtg.com Mar 26 2020 04:55:11      Stonegate Mortgage Corp,
              4849 Greenville Avenue,    Dallas, TX 75206-4130
15176485    +E-mail/Text: mjoyce@triboro-fcu.org Mar 26 2020 04:55:59      Tri Boro Fcu,    600 E 8th Ave,
              Munhall, PA 15120-1900
15162281    +E-mail/Text: mjoyce@triboro-fcu.org Mar 26 2020 04:55:59      Tri-Boro Federal Credit Union,
              600 East Eighth Avenue,    Munhall, PA 15120-1900
15182376     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 26 2020 05:08:41      Verizon,
              by American InfoSource as agent,    PO Box 4457,    Houston, TX  77210-4457
15176488    +E-mail/Text: bnc-bluestem@quantum3group.com Mar 26 2020 04:55:17      Webbank/gettington,
              6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              LAKEVIEW LOAN SERVICING, LLC
cr*          +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
               707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
15176470*    +Ally Financial Lease Trust,    PO Box 130424,    Saint Paul, MN 55113-0004
15176476*    +Duquesne Light Company,    c/o Keri Ebeck,    Bernstein Law Firm, P.C.,
               707 Grant St. Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1900
15176479*   ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
              (address filed with court: Jefferson Capital,      PO BOX 7999,    Saint Cloud, MN 56302)
15176478*    +James Wallace Esq.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15176481*    +Peoples Gas Bankruptcy Dept.,    375 N Shore Drive Ste 600,    Attn: Dawn Linder,
               Pittsburgh, PA 15212-5866
```

```
District/off: 0315-2            User: bsil               Page 2 of 2                Date Rcvd: Mar 25, 2020
                                Form ID: rscCOVID        Total Noticed: 31

            ***** BYPASSED RECIPIENTS (continued) *****
15176486*       +Tri-Boro Federal Credit Union,    600 East Eighth Avenue,    Munhall, PA 15120-1900
                                                                                   TOTALS: 1, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 25, 2020 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    BOROUGH OF WEST MIFFLIN AND WEST MIFFLIN AREA SCHOOL
               DISTRICT jhunt@grblaw.com,    cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Mathew E. Zupancic ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 7
```