```
                                                              FILED
                                                              5/15/20 10:33 am
                                                              CLERK
                    UNITED STATES BANKRUPTCY COURT            U.S. BANKRUPTCY
                    WESTERN DISTRICT OF PENNSYLVANIA          COURT - WDPA
```

**In Re:**

|  |  |  |
|---|---|---|
| **Mathew Zupancic** | : | **Case No. 19-24551-GLT** |
| **Debtor** | : | **Chapter 13** |
|  | : |  |
| **Mathew Zupancic** | : | **Related to Doc. No. 48** |
| **S. S. No. xxx-xx-2800** | : |  |
| **Movant** | : |  |
|  | : |  |
| **v.** | : |  |
|  | : |  |
| **Mele Landscape** | : |  |
| **Respondent** | : |  |

### ORDER TO STOP PAYROLL DEDUCTION

AND NOW, this 15th day of May 2020, it is hereby ORDERED, ADJUDGED and DECREED that,

> Mele Landscape
> ATTENTION: PAYROLL MANAGER
> 1 Mele Place
> Braddock PA 15104

Is hereby ordered to immediately terminate the attachment of the wages of Mathew Zupancic, social security number xxx-xx- 2800. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of Mathew Zupancic.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

BY THE COURT:

_/s/ Gregory L. Taddonio_    jah
Gregory L. Taddonio
U. S. BANKRUPTCY JUDGE

Case Administrator to serve: Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Mathew E. Zupancic  
    Debtor

Case No. 19-24551-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: bsil    Page 1 of 1    Date Rcvd: May 15, 2020  
                     Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2020.
```
db             +Mathew E. Zupancic,    4038 Irene Street,    West Mifflin, PA 15122-2044
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2020                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2020 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    BOROUGH OF WEST MIFFLIN AND WEST MIFFLIN AREA SCHOOL
               DISTRICT jhunt@grblaw.com,    cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Paul W. McElrath, Jr.    on behalf of Debtor Mathew E. Zupancic ecf@mcelrathlaw.com,
               donotemail.ecfbackuponly@gmail.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7
```