## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 19-24551-GLT |
|    Mathew E. Zupancic, | : | CHAPTER 13 |
|       Debtor | : | |
| | : | Related to Doc. No. 76, 78 |
| Mathew E. Zupancic, | : | |
|       Movant | : | Concil. Conf.: |
| | : | February 25, 2021 at 9:30 AM |
| vs. | : | |
| | : | |
| Peoples Natural Gas Co. LLC, | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|       Respondents | : | |

**CERTIFICATE OF SERVICE OF ORDER DATED JANAURY 20, 2021, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED JANUARY 18, 2021**

    I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated January 20, 2021, Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated January 18, 2021 on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: <u>January 25, 2021</u>

                                                                 By:    <u>/s/ Sharla Munroe</u>
                                                                         Sharla Munroe, Paralegal
                                                                         McElrath Legal Holdings, LLC
                                                                         1641 Saw Mill Run Blvd
                                                                         Pittsburgh, PA 15210
                                                                         Tel: 412.765.3606
                                                                         Fax: 412.765.1917

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail:**

Mathew Zupancic
4038 Irene Street
West Mifflin PA 15122

Ally Financial Lease Trust
PO Box 130424
Saint Paul, MN 55113

American Credit Bureau
1200 N Federal Hwy
Boca Raton, FL 33427

Central Loan Admin & R
Po Box 77404
Ewing, NJ 08628

Comenitycb/petland
Po Box 182120
Columbus, OH 43218

Credit Acceptance Corp
Po Box 5070
Southfield, MI 48086

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

Duquesne Light Company
c/o Keri Ebeck
Bernstein Law Firm, P.C.
707 Grant St. Suite 2200, Gulf Tower
Pittsburgh, PA 15219

Indiana University Of PA
1011 South Drive
Indiana, PA 15705

James Wallace Esq.
845 N. Lincoln Avenue
Pittsburgh, PA 15233

Jefferson Capital
PO BOX 7999
Saint Cloud, MN 56302

M & T Bank Mortgage
Po Box 900
Millsboro, DE 19966

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama RD
Roswell, GA 30076

Peoples Gas Bankruptcy Dept.
375 N Shore Drive Ste 600
Attn: Dawn Linder
Pittsburgh, PA 15212

Source Receivables Mng
Po Box 4068
Greensboro, NC 27404

Sprint
Customer Service
P.O. Box 8077
London, KY 40742

Stonegate Mortage Corp
4849 Greenville Avenue
Dallas, TX 75206

Tri Boro Fcu
600 E 8th Ave
Munhall, PA 15120

Tri-Boro Federal Credit Union
600 East Eighth Avenue
Munhall, PA 15120

Verizon Wireless
National Recovery Operations
Minneapolis, MN 55426

Webbank/gettington
6250 Ridgewood Road
Saint Cloud, MN 56303