**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

|  |  |
|---|---|
| : | **Case No. 19-24551-GLT** |
| **Mathew Zupancic** : | |
| Debtor : | **Chapter 13** |
| : | |
| **Mathew Zupancic** : | **Related to Doc. No. 79** |
| S. S. No. xxx-xx-2800 : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| **Folino Construction, Inc.** : | |
| Respondent : | |

**CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER**
**AND LOCAL FORM 12**

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 25, 2021 together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: January 25, 2021

/s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Mathew Zupancic
4038 Irene Street
West Mifflin PA 15122

Folino Construction, Inc.
ATTN: Payroll Manager
109 Dark Hollow Rd.
Oakmont, PA 15139