**IN THE UNTED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **Mathew E. Zupancic,** | : | Case No. 19-24551-GLT |
| Debtor | : | |
| | : | Chapter 13 |
| | : | |
| **Mathew E. Zupancic,** | : | Related to Doc. No. 85 |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent | : | |

## CERTIFICATE OF SERVICE ORDER APPROVING POST-PETITON AUTOMOBILE FINANCING

I, Sharla Munroe, the undersigned, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above captioned pleading, Order Approving the Post-Petition Motion for Financing of Automobile, on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification. .

Executed on: February 8, 2021

By:   s/ Sharla R. Munroe
Sharla R. Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd
Pittsburgh, PA 15210
Tel: 412-765-3606

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Mathew E Zupancic
4038 Irene Street
West Mifflin PA 15122

Ally Financial Lease Trust
PO Box 130424
Saint Paul, MN 55113

American Credit Bureau
1200 N Federal Hwy
Boca Raton, FL 33427

Central Loan Admin & R
Po Box 77404
Ewing, NJ 08628

Comenitycb/petland
Po Box 182120
Columbus, OH 43218

Credit Acceptance Corp
Po Box 5070
Southfield, MI 48086

Discover Fin Svcs Llc
Pob 15316
Wilmington, DE 19850

Duquesne Light Company
c/o Keri Ebeck
Bernstein Law Firm, P.C.
707 Grant St. Suite 2200, Gulf Tower
Pittsburgh, PA 15219

GRB Law
437 Grant Street 14th FL
Pittsburgh PA 15219-0000

Indiana University Of PA
1011 South Drive
Indiana, PA 15705

James Wallace Esq.
845 N. Lincoln Avenue
Pittsburgh, PA 15233

Jefferson Capital
PO BOX 7999
Saint Cloud, MN 56302

M & T Bank Mortgage
Po Box 900
Millsboro, DE 19966

McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama RD
Roswell, GA 30076

Peoples Gas Bankruptcy Dept.
375 N Shore Drive Ste 600
Attn: Dawn Linder
Pittsburgh, PA 15212

Source Receivables Mng
Po Box 4068
Greensboro, NC 27404

Sprint
Customer Service
P.O. Box 8077
London, KY 40742

Stonegate Mortage Corp
4849 Greenville Avenue
Dallas, TX 75206

Tri Boro Fcu
600 E 8th Ave
Munhall, PA 15120