FILED
5/3/21 10:28 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| MATTHEW E. ZUPANCIC, | : | Case No. 19-24551-GLT |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| TRI BORO FEDERAL | : | |
| CREDIT UNION | : | Related to Dkt. No. 93,96 |
| | : | |
| Movant | : | |
| v. | : | |
| | : | |
| MATTHEW E. ZUPANCIC, | : | |
| | : | |
| Debtor/Respondent | : | |
| | : | |
| RONDA J. WINNECOUR, | : | |
| | : | |
| Trustee/Respondent | : | |

## ORDER OF COURT

AND NOW, this ___ 3rd ___ day of ___ May ___ 2021, ___ upon consideration of the Motion to Withdraw Motion for Relief from Automatic Stay, filed on behalf of Tri Boro Federal Credit Union, it is hereby ORDERED, ADJUDGED, and DECREED, that its Motion for Relief from Automatic Stay [Docket Number 93] is withdrawn as inadvertently filed.

Prepared by:    Jeffrey A. Golvash, Esq.

_____
Gregory L. Maddonio          **jah**
United States Bankruptcy Judge

Case Administrator to serve:
Jeffrey Golvash, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 19-24551-GLT

Mathew E. Zupancic                                                                                Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: bsil | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol         Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 05, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mathew E. Zupancic, 4038 Irene Street, West Mifflin, PA 15122-2044 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2021                          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 3, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bnicholas@kmllawgroup.com |
| Jeffrey A. Golvash | |
| | on behalf of Creditor Tri Boro Federal Credit Union jgolvash@golvashepstein.com  kmicklo@golvashepstein.com |
| Jeffrey R. Hunt | |
| | on behalf of Creditor BOROUGH OF WEST MIFFLIN AND WEST MIFFLIN AREA SCHOOL DISTRICT jhunt@grblaw.com cnoroski@grblaw.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | |
| | on behalf of Debtor Mathew E. Zupancic ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |

District/off: 0315-2                          User: bsil                                    Page 2 of 2
Date Rcvd: May 03, 2021                       Form ID: pdf900                               Total Noticed: 1

Ronda J. Winnecour
                        cmecf@chapter13trusteewdpa.com

S. James Wallace

                        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com


TOTAL: 8