LOCAL BANKRUPTCY FORM NO. 24

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-24551-GLT |
| Mathew E Zupancic, | : | |
| | : | Chapter No. 13 |
| Debtor | : | |
| | : | |
| Paul W. McElrath, Esquire / | : | Related to Docket No. 101 |
| McElrath Legal Holdings, LLC, | : | |
| Applicant | : | |
| vs. | : | Hearing Date and Time: |
| | : | July 27, 2022 at 10:00 AM |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## SUMMARY COVER SHEET AND NOTICE OF HEARING ON PROFESSIONAL FEES IN CHAPTERS 7 AND 13 ON BEHALF OF PAUL W. MCELRATH, ESQUIRE

To All Creditors and Parties in Interest:

1. Applicant represents Mathew E Zupancic.
2. This is (check one)
   _____ a final application
   __X__ an interim application
   for the period November 15, 2019 to June 22, 2022
3. Previous retainer paid to Applicant: $500.00.
4. Previous interim compensation allowed to Applicant (including the retainer): $4,000.00.
5. Applicant requests additional:
   Compensation of $1,021.00 for Total Compensation of $5,021.00
   Total Expenses Used $ 500.00.
6. An **in-person hearing** will be held on **July 27, 2022 at 10:00 AM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's *General Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

   **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

      Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

7. You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **July 8, 2022** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

Date of Service: June 22, 2022

Applicant or Attorney for Applicant:

/s/ Paul W. McElrath
Paul W. McElrath, Esquire
PA I.D. # 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA  15210
Tel: 412.765.3606