```
                                                              FILED
                                                              3/17/23 2:17 pm
                UNITED STATES BANKRUPTCY COURT                CLERK
                WESTERN DISTRICT OF PENNSYLVANIA              U.S. BANKRUPTCY
                                                              COURT - WDPA
```

**In Re:**

|  |  |  |
|---|---|---|
|  | : | **Case No. 19-24551-GLT** |
| **Mathew Zupancic** | : |  |
| **Debtor** | : | **Chapter 13** |
|  | : |  |
| **Mathew Zupancic** | : | **Related to Doc. No.124** |
| **S. S. No. xxx-xx-2800** | : |  |
| **Movant** | : |  |
|  | : |  |
| **v.** | : |  |
|  | : |  |
| **Folino Construction, Inc.** | : |  |
| **Respondent** | : |  |

### ORDER TO STOP PAYROLL DEDUCTION

AND NOW, this 17th day of March, 2023, it is hereby ORDERED, ADJUDGED and DECREED that,

Folino Construction, Inc.
ATTN: Payroll Manager
109 Dark Hollow Rd.
Oakmont, PA 15139

Is hereby ordered to immediately terminate the attachment of the wages of Mathew Zupancic, social security number xxx-xx- 2800. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of Mathew Zupancic.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

BY THE COURT:

_(signature)_    jah
Gregory L. Taddonio
Chief United States Bankruptcy Judge

Case Administrator to serve Debtor, Counsel for Debtor

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24551-GLT |
| Mathew E. Zupancic | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Mar 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Mathew E. Zupancic, 4038 Irene Street, West Mifflin, PA 15122-2044 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023              Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com |
| Jeffrey A. Golvash | on behalf of Creditor Tri Boro Federal Credit Union jgolvash@golvashepstein.com  kmicklo@golvashepstein.com |
| Jeffrey R. Hunt | on behalf of Creditor BOROUGH OF WEST MIFFLIN AND WEST MIFFLIN AREA SCHOOL DISTRICT jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Paul W. McElrath, Jr. | on behalf of Debtor Mathew E. Zupancic ecf@mcelrathlaw.com  donotemail.ecfbackuponly@gmail.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: Mar 17, 2023 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8