IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. : 19-24551-GLT |
| Mathew E. Zupancic | : |
|     Debtor | : Chapter 13 |
| _____ | : |
| Mathew E. Zupancic | : Related to Docket No. 138 |
|     Movant | : |
| vs. | : |
| No Respondents | : |

## CERTIFICATION OF NO OBJECTION REGARDING MOTION TO RECONSIDER DISMISSAL OF CASE DOCKET NO. 138

    The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Motion to Reconsider Dismissal of Case filed on December 19, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Reconsider Dismissal of Case appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Reconsider Dismissal of Case were to be filed and served no later than January 10, 2025.

    It is hereby requested that the Order attached to the Motion to Reconsider Dismissal of Case be entered by the Court.

Dated: January 13, 2025        By: /s/ Michael C. Eisen
                                                      Michael C. Eisen, Esquire
                                                      M. EISEN & ASSOCIATES, P.C.
                                                      404 McKnight Park Drive
                                                      Pittsburgh, PA 15237
                                                      412-367-6005
                                                      PA ID# 74523
                                                      attorneyeisen@yahoo.com