**Form 600**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mathew E. Zupancic** | : | Case No. 19−24551−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 133 |
| Mathew E. Zupancic | : | |
| *Respondent(s).* | : | Hearing Date: 1/29/25 at 11:00 AM |
| | : | |
| | : | |

## ORDER SCHEDULING DATES FOR RESPONSE
## AND HEARING ON MOTION

    *AND NOW,* this **The 14th of January, 2025**, a **Trustee's Motion to Dismiss** having been filed at Doc. No. 133 by Ronda J. Winnecour, Chapter 13 Trustee,

    It is hereby **ORDERED, ADJUDGED and DECREED** that:

    (1)  Pursuant to *Bankruptcy Rule 7004*, Counsel for the Moving Party shall **IMMEDIATELY** serve a copy of this *Order* and the *Motion* upon all parties from whom relief is sought, their counsel, the U.S. Trustee and all those identified on the Certificate attached to the *Motion*. Counsel for the Moving Party shall then file a *Certificate of Service*. **Failure to properly serve the Motion or file the Certificate may result in the dismissal of the Motion.**

    (2)  **On or before January 22, 2025,** any **Response**, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 and served on the counsel for the Moving Party.

    (3)  This *Motion* is scheduled for an in−person non−evidentiary hearing on **January 29, 2025** at **11:00 AM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than **4 p.m.** on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf).

    **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

    (4)  If, after proper service, a Respondent fails to timely file a *Response*, the Court **may** determine that no hearing is required and accordingly enter an order by default. **To determine if a default order has been entered, the Moving Party is directed to the Court's website at www.pawb.uscourts.gov, one day prior to the hearing. To view the calendar for Judge Gregory L Taddonio refer to the calendar section.** In the event a default order has been entered, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

(5) A maximum of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy *IMMEDIATELY*.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: Matthew E. Zupanicic
    Michael Eisen, Esq.
    Ronda J. Winnecour, Trustee

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24551-GLT |
| Mathew E. Zupancic | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jan 14, 2025 | Form ID: 600 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mathew E. Zupancic, 4038 Irene Street, West Mifflin, PA 15122-2044 |
| cr | + | BOROUGH OF WEST MIFFLIN AND WEST MIFFLIN AREA SCHO, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15195216 | + | Bor of West Mifflin & West Mifflin School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15176477 | + | Indiana University Of PA, 1011 South Drive, Indiana, PA 15705-1046 |
| 15162277 | + | James Wallace Esq., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15162280 | + | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15176484 | + | Stonegate Mortage Corp, 4849 Greenville Avenue, Dallas, TX 75206-4130 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 14 2025 23:55:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: mjoyce@triboro-fcu.org | Jan 14 2025 23:57:00 | Tri Boro Federal Credit Union, 600 E. 8th Avenue, Munhall, PA 15120-1900 |
| 15162274 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2025 23:55:00 | Ally Financial Lease Trust, PO Box 130424, Saint Paul, MN 55113-0004 |
| 15184746 | | Email/Text: ally@ebn.phinsolutions.com | Jan 14 2025 23:55:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15176471 | + | Email/Text: bankruptcy@acbhq.com | Jan 14 2025 23:56:00 | American Credit Bureau, 1200 N Federal Hwy, Boca Raton, FL 33432-2803 |
| 15176472 | | Email/Text: correspondence@credit-control.com | Jan 14 2025 23:56:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 15176473 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 14 2025 23:56:00 | Comenitycb/petland, Po Box 182120, Columbus, OH 43218-2120 |
| 15176474 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 14 2025 23:55:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 15162275 | + | Email/Text: mrdiscen@discover.com | Jan 14 2025 23:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15176475 | + | Email/Text: mrdiscen@discover.com | Jan 14 2025 23:55:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15162276 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 14 2025 23:57:00 | Duquesne Light Company, c/o Keri Ebeck, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15192298 | + | Email/Text: kburkley@bernsteinlaw.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 14, 2025 | Form ID: 600 | Total Noticed: 31 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 14 2025 23:57:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15162278 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 23:57:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15168773 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 14 2025 23:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15194091 | ^ | MEBN | Jan 14 2025 23:45:57 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15176480 | + | Email/Text: camanagement@mtb.com | Jan 14 2025 23:56:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15162279 | | Email/Text: camanagement@mtb.com | Jan 14 2025 23:56:00 | M&T BANK, PO Box 62182, Baltimore, MD 21264 |
| 15176482 | + | Email/Text: clientservices@sourcerm.com | Jan 14 2025 23:57:00 | Source Receivables Mng, Po Box 4068, Greensboro, NC 27404-4068 |
| 15176483 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Jan 15 2025 00:05:59 | Sprint, Customer Service, P.O. Box 8077, London, KY 40742-8077 |
| 15176485 | + | Email/Text: mjoyce@triboro-fcu.org | Jan 14 2025 23:57:00 | Tri Boro Fcu, 600 E 8th Ave, Munhall, PA 15120-1900 |
| 15162281 | + | Email/Text: mjoyce@triboro-fcu.org | Jan 14 2025 23:57:00 | Tri-Boro Federal Credit Union, 600 East Eighth Avenue, Munhall, PA 15120-1900 |
| 15182376 | | Email/PDF: ebn_ais@aisinfo.com | Jan 15 2025 00:06:05 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15176487 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 14 2025 23:55:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15176488 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 14 2025 23:57:00 | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15176470 | *+ | Ally Financial Lease Trust, PO Box 130424, Saint Paul, MN 55113-0004 |
| 15176476 | *+ | Duquesne Light Company, c/o Keri Ebeck, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15176479 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15176478 | *+ | James Wallace Esq., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15176481 | *+ | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15176486 | *+ | Tri-Boro Federal Credit Union, 600 East Eighth Avenue, Munhall, PA 15120-1900 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Jan 14, 2025 | Form ID: 600 | Total Noticed: 31

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025         Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brent J. Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Jeffrey A. Golvash | on behalf of Creditor Tri Boro Federal Credit Union jgolvash@golvashepstein.com kmicklo@golvashepstein.com |
| Jeffrey R. Hunt | on behalf of Creditor BOROUGH OF WEST MIFFLIN AND WEST MIFFLIN AREA SCHOOL DISTRICT jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michael C. Eisen | on behalf of Debtor Mathew E. Zupancic attorneyeisen@yahoo.com aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 9