FILED
1/29/25 3:39 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 19-24551-GLT |
| | : | Chapter: | 13 |
| Matthew E. Zupancic | : | | |
| | : | | |
| | : | Date: | 1/29/2025 |
| *Debtor(s).* | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER:**     #133 - Trustee's Motion to Dismiss Case
                #139 - Response to Trustee's Motion to Dismiss Case
                #152- Response filed by Debotr
                [Response due 1/22/2025]

**APPEARANCES**:
                Debtor:     Michael Eisen
                Trustee:    Owen Katz

[ 10:00]
**NOTES:**
Katz : The last payment was made in September. We need approximately $6,675 to complete this case.

Eisen : The debtor only had three payments left and he was surprised that his case was dismissed. He is expecting $3,000 to $5,000 from his tax return. I am seeking a 60-day extension so that the debtor can make further payments.

**OUTCOME:**
 1. The *Trustees Motion to Dismiss* [Dkt. no 133] is **CONTINUED** to March 26, 2025 at 9 am provided the debtor is making ongoing payments to the chapter 13 trustee.  Towards that end, on or before February 21, 2025,  the debtor shall file a supplemental report with the Court and attach proof of payment of at least $ 1,850 since January 29, 2025 ( as evidenced by the chapter 13 trustee's accounting ledger) [Text order]

**DATED:**  1/29/2025