IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CASE NO. 19-24551-GLT |
| MATHEW E. ZUPANCIC | : | |
| DEBTOR | : | CHAPTER 13 |
| | : | |
| | : | Related to Docket Nos. 133 & 154 |

## SUPPLEMENTAL REPORT

**NOW COMES,** the Debtor, Mathew E. Zupancic, by and through his attorneys, M. Eisen & Associates, P.C. and Michael C. Eisen, Esquire, and files the within Supplemental Report:

1. On or about January 29, 2025 there was a hearing on the Trustee's Motion to Dismiss.

2. At the hearing the Trustee indicated that approximately $6,675.00 was due in order to complete the Debtor's Chapter 13 Bankruptcy Case.

3. Counsel for the Debtor did inform the Court that if at all possible the Debtor would try to come up with these funds in order to complete his Chapter 13 Bankruptcy.

4. The Judge was gracious enough to give the Debtor approximately two months to get caught up.

5. Debtor was to make at least one full regular monthly bankruptcy payment of $1850.00 by today, February 21, 2025 and provide proof of said payment.

6. Unfortunately, the Debtor has run into some personal problems and was unable to make the payment by the required date.

7. The Debtor has not received his tax refund yet but is optimistic that it should be coming soon and this will go a long way to help him get current.

8. The Debtor realizes that he did not comply with the Judge's request to have the payment made by today, February 21, 2025.

9. Unfortunately the Debtor has had an unforeseeable string of back luck. His failure to comply is not wilful or intended to be disrespectful to the Court.

Respectfully Submitted,

February 21, 2025             /s/ Michael C. Eisen

Michael C. Eisen, Esquire
PA ID No. 74523
M. EISEN & ASSOCIATES, P.C.
404 McKnight Park Drive
Pittsburgh, PA 15237
412-367-9005
attorneyeisen@yahoo.com