**Form 309**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Mathew E. Zupancic** | : | Case No. 19–24551–GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Related to Docket No. 133 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 25th of February, 2025,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby ***ORDERED, ADJUDGED and DECREED*** as follows:

(1)  The above–captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13–FR–S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)  The Clerk shall give notice to all creditors of this dismissal.

(5) Upon review of the Debtor's supplemental report [Dkt. No. 156], and in the absence of any payments to the chapter 13 trustee since September 2024, the Court finds that any further extension of time to complete the plan base would be prejudicial to creditors. Because the current plan arrears are attributable to missed payments by the Debtor, the standard established in In re Klaas is no longer satisfied. Accordingly, the case shall be dismissed without prejudice.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:
Mathew E. Zupancic
    Debtor

Case No. 19-24551-GLT

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Feb 25, 2025 | Form ID: 309 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Mathew E. Zupancic, 4038 Irene Street, West Mifflin, PA 15122-2044 |
| cr | + | BOROUGH OF WEST MIFFLIN AND WEST MIFFLIN AREA SCHO, GRB Law, 437 Grant Street 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15195216 | + | Bor of West Mifflin & West Mifflin School District, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15176477 | + | Indiana University Of PA, 1011 South Drive, Indiana, PA 15705-1046 |
| 15162277 | + | James Wallace Esq., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15162280 | + | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15176484 | + | Stonegate Mortage Corp, 4849 Greenville Avenue, Dallas, TX 75206-4130 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnpeoples@grblaw.com | Feb 26 2025 03:33:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: mjoyce@triboro-fcu.org | Feb 26 2025 03:34:00 | Tri Boro Federal Credit Union, 600 E. 8th Avenue, Munhall, PA 15120-1900 |
| 15162274 | + | EDI: GMACFS.COM | Feb 26 2025 05:15:00 | Ally Financial Lease Trust, PO Box 130424, Saint Paul, MN 55113-0004 |
| 15184746 | | EDI: GMACFS.COM | Feb 26 2025 05:15:00 | Ally Financial Lease Trust, PO Box 130424, Roseville MN 55113-0004 |
| 15176471 | + | Email/Text: bankruptcy@acbhq.com | Feb 26 2025 03:34:00 | American Credit Bureau, 1200 N Federal Hwy, Boca Raton, FL 33432-2803 |
| 15176472 | | Email/Text: correspondence@credit-control.com | Feb 26 2025 03:34:00 | Central Loan Admin & R, Po Box 77404, Ewing, NJ 08628 |
| 15176473 | + | EDI: WFNNB.COM | Feb 26 2025 05:15:00 | Comenitycb/petland, Po Box 182120, Columbus, OH 43218-2120 |
| 15176474 | + | Email/Text: ebnnotifications@creditacceptance.com | Feb 26 2025 03:33:00 | Credit Acceptance Corp, Po Box 5070, Southfield, MI 48086-5070 |
| 15162275 | + | EDI: DISCOVER | Feb 26 2025 05:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15176475 | + | EDI: DISCOVER | Feb 26 2025 05:15:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 15162276 | + | Email/Text: kburkley@bernsteinlaw.com | Feb 26 2025 03:34:00 | Duquesne Light Company, c/o Keri Ebeck, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15192298 | + | Email/Text: kburkley@bernsteinlaw.com | | |

|  |  |  | Feb 26 2025 03:34:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15162278 |  | EDI: JEFFERSONCAP.COM | Feb 26 2025 05:15:00 | Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15168773 |  | EDI: JEFFERSONCAP.COM | Feb 26 2025 05:15:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 15194091 | ^ | MEBN | Feb 26 2025 00:17:08 | Lakeview Loan Servicing, LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 15176480 | + | Email/Text: camanagement@mtb.com | Feb 26 2025 03:34:00 | M & T Bank Mortgage, Po Box 900, Millsboro, DE 19966-0900 |
| 15162279 |  | Email/Text: camanagement@mtb.com | Feb 26 2025 03:34:00 | M&T BANK, PO Box 62182, Baltimore, MD 21264 |
| 15176482 | + | Email/Text: clientservices@sourcerm.com | Feb 26 2025 03:34:00 | Source Receivables Mng, Po Box 4068, Greensboro, NC 27404-4068 |
| 15176483 | + | EDI: AISTMBL.COM | Feb 26 2025 05:15:00 | Sprint, Customer Service, P.O. Box 8077, London, KY 40742-8077 |
| 15176483 | + | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 26 2025 01:51:15 | Sprint, Customer Service, P.O. Box 8077, London, KY 40742-8077 |
| 15176485 | + | Email/Text: mjoyce@triboro-fcu.org | Feb 26 2025 03:34:00 | Tri Boro Fcu, 600 E 8th Ave, Munhall, PA 15120-1900 |
| 15162281 | + | Email/Text: mjoyce@triboro-fcu.org | Feb 26 2025 03:34:00 | Tri-Boro Federal Credit Union, 600 East Eighth Avenue, Munhall, PA 15120-1900 |
| 15182376 |  | EDI: AIS.COM | Feb 26 2025 05:15:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15182376 |  | Email/PDF: ebn_ais@aisinfo.com | Feb 26 2025 01:29:57 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15176487 |  | EDI: VERIZONCOMB.COM | Feb 26 2025 05:15:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15176487 |  | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 26 2025 03:33:00 | Verizon Wireless, National Recovery Operations, Minneapolis, MN 55426 |
| 15176488 | + | EDI: BLUESTEM | Feb 26 2025 05:15:00 | Webbank/gettington, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr |  | LAKEVIEW LOAN SERVICING, LLC |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 15176470 | *+ | Ally Financial Lease Trust, PO Box 130424, Saint Paul, MN 55113-0004 |
| 15176476 | *+ | Duquesne Light Company, c/o Keri Ebeck, Bernstein Law Firm, P.C., 707 Grant St. Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1900 |
| 15176479 | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital, PO BOX 7999, Saint Cloud, MN 56302 |
| 15176478 | *+ | James Wallace Esq., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15176481 | *+ | Peoples Gas Bankruptcy Dept., 375 N Shore Drive Ste 600, Attn: Dawn Linder, Pittsburgh, PA 15212-5866 |
| 15176486 | *+ | Tri-Boro Federal Credit Union, 600 East Eighth Avenue, Munhall, PA 15120-1900 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

District/off: 0315-2                          User: auto                                    Page 3 of 3
Date Rcvd: Feb 25, 2025                   Form ID: 309                              Total Noticed: 31

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 27, 2025                        Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brent J. Lemon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com |
| Jeffrey A. Golvash | on behalf of Creditor Tri Boro Federal Credit Union jgolvash@golvashepstein.com  kmicklo@golvashepstein.com |
| Jeffrey R. Hunt | on behalf of Creditor BOROUGH OF WEST MIFFLIN AND WEST MIFFLIN AREA SCHOOL DISTRICT jhunt@grblaw.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Michael C. Eisen | on behalf of Debtor Mathew E. Zupancic attorneyeisen@yahoo.com  aarin96@hotmail.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 9