**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| MATHEW E. ZUPANCIC | Case No.:19-24551 GLT |
| Debtor(s) | |
| Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 11/23/2019 and confirmed on 07/10/2020 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 76,512.29 |
| Less Refunds to Debtor | 432.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 76,080.29 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,750.00 | |
|   Trustee Fee | 3,990.34 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,740.34 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 0.00 | 46,289.95 | 0.00 | 46,289.95 |
|     Acct: 8517 | | | | |
|   LAKEVIEW LOAN SERVICING LLC | 20,812.83 | 17,688.01 | 0.00 | 17,688.01 |
|     Acct: 8517 | | | | |
| | | | | 63,977.96 |
| **Priority** | | | | |
|   MICHAEL C EISEN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATHEW E. ZUPANCIC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATHEW E. ZUPANCIC | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MATHEW E. ZUPANCIC | 427.00 | 427.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MCELRATH LEGAL HOLDINGS LLC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PAUL W MCELRATH JR ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 19-24551 GLT | TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
| PAUL W MCELRATH JR ESQ++ | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PAUL W MCELRATH JR ESQ++ | 500.00 | 500.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX2-22 | | | | |
| MCELRATH LEGAL HOLDINGS LLC++ | 750.00 | 750.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX1-22 | | | | |
| PRO SE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALLY FINANCIAL LEASE TRUST(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7919 | | | | |
| ALLY FINANCIAL LEASE TRUST(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7919 | | | | |
| WEST MIFFLIN ASD & WEST MIFFLIN BOF | 574.20 | 0.00 | 0.00 | 0.00 |
| Acct: 2800 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 3,361.99 | 0.00 | 3,361.99 |
| Acct: 1013 | | | | |
| | | | | 3,361.99 |
| Unsecured | | | | |
| AMERICAN CREDIT BUREAU++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5539 | | | | |
| CENTRAL LOAN ADMINISTRATION AND RI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5907 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5070 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5412 | | | | |
| DISCOVER BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7705 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 16,248.04 | 0.00 | 0.00 | 0.00 |
| Acct: 1877 | | | | |
| INDIANA UNIVERSITY OF PA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC* | 364.12 | 0.00 | 0.00 | 0.00 |
| Acct: 1901 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SOURCE RECEIVABLES MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9997 | | | | |
| STONEGATE MORTGAGE CORP++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0830 | | | | |
| TRI BORO FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| TRI BORO FEDERAL CREDIT UNION* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VERIZON WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| GETTINGTON (ISSUED BY WEBBANK) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1901 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 1,375.45 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SPRINT CORP(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| 19-24551 GLT | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 67,339.95 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 574.20 | |
| SECURED | 20,812.83 | |
| UNSECURED | 17.987.61 | |

Date: 06/12/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com