# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Mathew E. Zupancic**<br>　　　　　　　　　　**Debtor**<br><br>**Lakeview Loan Servicing, LLC**<br>　　　　　　　　　　**Movant**<br>　　vs.<br><br>**Mathew E. Zupancic**<br>　　　　　　　　　　**Debtor**<br><br>**Ronda J. Winnecour, Esq.**<br>　　　　　　　　　　**Trustee** | **BK NO. 19-24551 GLT**<br><br>**Chapter 13**<br><br>**Related to Claim No. 5** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 8, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor
Mathew E. Zupancic
4038 Irene Street
West Mifflin, PA 15122

Attorney for Debtor
Paul W. McElrath, Esq.
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard (VIA ECF)
Pittsburgh, PA 15222

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower (VIA ECF)
600 Grant Street
Pittsburgh, PA 15219

Method of Service:  electronic means or first class mail

Dated: November 8, 2022

　　　　　　　　　　　　　　　　　　　　**/s/ Brian C. Nicholas**
　　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esq.
　　　　　　　　　　　　　　　　　　　　Attorney I.D. 42524
　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　bkgroup@kmllawgroup.com